| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>NATIONSTAR MORTGAGE LLC D/B/A<br>MR.COOPER | **Order Filed on March 22, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>     Christmas Etienne, Marie N. Etienne,<br><br>Debtor. | Case No.: <u>17-13322 MBK</u><br><br>Adv. No.:<br><br>Hearing Date:  3/20/2018 @ 10:00 a.m..<br><br>Judge:  <u>Michael B. Kaplan</u> |

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 22, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Christmas Etienne, Marie N. Etienne
Case No:  17-13322 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 12 Brandywine Circle, Piscataway, NJ, 08854, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stephen M. Goldberg, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 7, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2018 through March 2018 for a total post-petition default of $6,100.55 (2 @ $2,075.04, 1@ $2,091.59, $141.22 less suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $4,150.08 to be received no later than March 31, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $1,950.47 will be paid over six months by Debtor remitting $325.00 per month for five months and $325.47 for one month, which additional payments shall begin on April 1, 2018 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018, directly to Secured Creditor's servicer address at ATTN: Bankruptcy Dept, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Chrismas Etienne
Marie N. Etienne
    Debtors

Case No. 17-13322-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 22, 2018
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2018.
db/jdb        +Chrismas Etienne,    Marie N. Etienne,    12 Brandywine Circle,    Piscataway, NJ 08854-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2018 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Rebecca Ann Solarz    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER rsolarz@kmllawgroup.com
         Stephen M. Goldberg    on behalf of Debtor Chrismas   Etienne bk2notices@smgpc.com
         Stephen M. Goldberg    on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7