MORTON & CRAIG LLC  
John R. Morton, Jr., Esq.  
110 Marter Ave.  
Suite 301  
Moorestown, NJ 08057  
Telephone: 856-866-0100  
Attorney for: Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services  
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 17-13322(MBK) |
| CHRISMAS ETIENNE<br>MARIE ETIENNE | Chapter 13 |
| | Hearing date: 8-14-18 |
| | OPPOSTION TO MOTION TO REIMPOSE THE STAY |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ("Wells Fargo"), a secured creditor of the debtors, opposes debtors' motion to reimpose the stay for the following reasons:

a. **ACCOUNT REMAINS IN DEFAULT:** Wells Fargo obtained stay relief in connection with debtors' BMW X1. Debtors' account remains $639.40 in arrears and another payment will fall due on 8-13-18. If debtors bring the account current, Wells Fargo would not oppose the motion, but would instead request the entry of an order providing for a 30 day default in future payments.

/s/John R. Morton, Jr.  
_____  
John R. Morton, Jr., attorney for Wells Fargo

Date: 8-8-18