UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stephen M. Goldberg, P.C.
Dorothy L. Wright, Esq.
917 N. Washington Avenue
Green Brook, NJ 08812
(732) 968-2000
Attorney for Debtors

| | |
|---|---|
| In Re:<br><br>Chrismas Etienne<br>Marie N. Etienne | Case No.: 17-13322<br>Judge: MBK<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by  NATIONSTAR MORTGAGE , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Order to Show Cause for Dismissal filed by the Court

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ____ have not been accounted for. Documentation in support is attached.

Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the Order to Show Cause

4. I certify under penalty of perjury that the above is true.

Date: ____July 18, 2018__
D

Date: ____

CHRISMAS ETIENNE

**NOTES:**

/S/ CHRISMAS ETIENNE

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

## Financial Summary

**Statement Period 03/01/18 - 03/31/18**

MARIE N ETIENNE BENEF
CHRISMAS ETIENNE ITF/POD

| Deposit Accounts | Account Number | Average Daily Balance | Current Balance |
|---|---|---|---|
| SIMPLY RIGHT CHECKING | 3574104480 | $1,238.99 | $2,635.99 |
| SANTANDER SAVINGS | 9993223980 | $9.86 | $9.86 |
| **Total Deposits** | | | **$2,645.85** |

## SIMPLY RIGHT CHECKING

**Statement Period 03/01/18 - 03/31/18**

MARIE N ETIENNE BENEF
CHRISMAS ETIENNE ITF/POD

Account # 3574104480

### Balances

| Beginning Balance | $1,332.11 | Current Balance | $2,635.99 |
|---|---|---|---|
| Deposits/Credits | +$8,594.68 | Average Daily Balance | $1,238.99 |
| Withdrawals/Debits | -$7,290.80 | | |

### Overdraft/Returned Item Fee Summary

| Fee description | Total for this statement period | Total year to date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| E 112 | 03/23 | $133.19 | SHOPRITE VILLAGE C | 228 | 03/20 | $40.00 | 0996119755 |
| 225* | 03/06 | $2,018.30 | 0992220340 | E 229 | 03/19 | $100.72 | SHOPRITE VILLAGE C |
| E 227* | 03/14 | $142.00 | WELLS FARGO CARD C | | | | |

5 Check(s) Posted = $2,434.21
An asterisk (*) indicates a skip in sequential check numbers.       An (E) indicates check was converted to an electronic item.

### Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 03-01 | Beginning Balance | | | $1,332.11 |
| 03-01 | 0000483985 PC ATM JFL | $1,992.00 | | $3,324.11 |
| 03-01 | CASH WITHDRAWAL PNC BANK PM2526 PISCATAWAY /NJ US | | $120.00 | $3,204.11 |
| 03-01 | CASH WITHDRAWAL FEE PNC BANK PM2526 PISCATAWAY /NJ US | | $3.00 | $3,201.11 |
| 03-01 | CASH WITHDRAWAL SANTANDER D557 Piscataway /NJ US | | $100.00 | $3,101.11 |
| 03-01 | PAPER STATEMENT FEE FOR STATEMENT DATE 02-28-2018 | | $3.00 | $3,098.11 |
| 03-02 | VILLAGE SUPER MA DIR DEP 180224 *******00 | $1,107.67 | | $4,205.78 |
| 03-02 | POPEYE'S CHICKE PISCATAWAY /NJ US CARD PURCHASE | | $31.98 | $4,173.80 |
| 03-02 | CASH WITHDRAWAL SANTANDER D557 Piscataway /NJ US | | $340.00 | $3,833.80 |
| 03-05 | SPEEDPAY/CARFIN 800-900-5150 /CA US CARD PURCHASE | | $407.29 | $3,426.51 |
| 03-05 | CHINA GARDEN DUNELLEN /NJ US CARD PURCHASE | | $29.32 | $3,397.19 |
| 03-05 | SHOPRITE STIRLI STIRLING /NJ US CARD PURCHASE | | $60.62 | $3,336.57 |
| 03-05 | CASH WITHDRAWAL SANTANDER D557 Piscataway /NJ US | | $100.00 | $3,236.57 |
| 03-05 | SHOPRITE STIRLI STIRLING /NJ PURCHASE W/ CASHBACK | | $45.66 | $3,190.91 |
| 03-05 | ARUSSOEPAYPROCFE ONLINEFEE MAR 02 | | $1.50 | $3,189.41 |
| 03-05 | CHAPTER13TRUST ONLINEPMT MAR 02 | | $850.00 | $2,339.41 |
| 03-06 | Credit One Bank Payment 180304 | | $30.00 | $2,309.41 |
| 03-06 | CHECK 000000000225 | | $2,018.30 | $291.11 |
| 03-08 | SHOPRITE STIRLI STIRLING /NJ US CARD PURCHASE | | $23.92 | $267.19 |