Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13322−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chrismas Etienne
12 Brandywine Circle
Piscataway, NJ 08854

Marie N. Etienne
12 Brandywine Circle
Piscataway, NJ 08854

Social Security No.:
xxx−xx−9218

xxx−xx−4208

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/11/18 at 09:00 AM

to consider and act upon the following:

*38* − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 12 Brandywine Circle, Piscataway, NJ, 08854. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER. Objection deadline is 08/17/2018. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/15/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court