Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

          Case No.: 17−13322−MBK  
          Chapter: 13  
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Chrismas Etienne                                       Marie N. Etienne  
   12 Brandywine Circle                                 12 Brandywine Circle  
   Piscataway, NJ 08854                               Piscataway, NJ 08854

Social Security No.:  
   xxx−xx−9218                                                 xxx−xx−4208

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/11/18 at 09:00 AM

to consider and act upon the following:

*38* − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: re: 12 Brandywine Circle, Piscataway, NJ, 08854. Fee Amount $ 181. filed by Creditor NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER. Objection deadline is 08/17/2018. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/15/18

                                                                    Jeanne Naughton  
                                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Chrismas Etienne  
Marie N. Etienne  
    Debtors

Case No. 17-13322-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 15, 2018  
                 Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
```
db/jdb         +Chrismas Etienne,   Marie N. Etienne,   12 Brandywine Circle,   Piscataway, NJ 08854-2705
cr             +Nationstar Mortgage LLC,   Attn: Kawana Buggs VP,   8950 Cypress Water Blvd.,
                 Coppell, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
```
              Albert   Russo     docs@russotrustee.com
              Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Dorothy L. Wright     on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              Dorothy L. Wright     on behalf of Debtor Chrismas   Etienne dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              John R. Morton, Jr.     on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               rsolarz@kmllawgroup.com
              Stephen M. Goldberg     on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com
              Stephen M. Goldberg     on behalf of Debtor Chrismas   Etienne bk2notices@smgpc.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```