UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1.**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
NATIONSTAR MORTGAGE LLC

Order Filed on September 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
Chrismas Etienne, Marie N. Etienne

Debtors

**Case No.:**   **17-13322**
**Chapter**     **13**
**Judge:**      **Michael B. Kaplan**
**Hearing Date: 9/11/2018**

Recommended Local Form:    ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  NATIONSTAR MORTGAGE LLC, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known as Lot 68, Block 1406 fka 189,     12 Brandywine Circle, Piscataway NJ 08854**

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-13322-MBK
Chrismas Etienne                                                            Chapter 13
Marie N. Etienne
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2018
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb          +Chrismas Etienne,    Marie N. Etienne,    12 Brandywine Circle,    Piscataway, NJ 08854-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Dorothy L. Wright   on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com,
           bknoticesdlw@smgpc.com
          Dorothy L. Wright   on behalf of Debtor Chrismas  Etienne dorothy.wright@smgpc.com,
           bknoticesdlw@smgpc.com
          John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
           rsolarz@kmllawgroup.com
          Stephen M. Goldberg   on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com
          Stephen M. Goldberg   on behalf of Debtor Chrismas  Etienne bk2notices@smgpc.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 10