UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46436
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

**Order Filed on September 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISMAS ETIENNE
MARIE N. ETIENNE

Case No.: 17-13322

Adv. No.:

Hearing Date: 8-14-18

Judge: Michael B. Kaplan

## ORDER REIMPOSING AUTOMTIC STAY AND FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 18, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**Chrismas and Marie Etienne**
**17-13322(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion to reimpose the stay filed by Stephen M. Goldberg, Esq. on behalf of the debtors with the appearance of John R. Morton, Jr., Esq/, attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, , and this order having been filed with the Court and served upon the debtors and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services is the holder of a first purchase money security interest encumbering a 2013 BMW X1bearing vehicle identification number WBAVL1C5XDVR90591 (hereinafter the "vehicle").

2. **Stay reimposed**:  The automatic stay is reimposed as to Wells Fargo, subject to the remaining terms of this order.

3. The debtors shall make all retail installment contract payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services when due, being the 13th day of each month commencing with the 8-13-18 payment.  In the event the debtors fail to make any payment for a period of 30 days after it falls due, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. **Only one curable default permitted:**  Only one curable default shall be permitted under this order.  <u>If the debtors defaults in making a payment a second time</u>, <u>Wells Fargo shall have immediate stay relief to repossess and sell the vehicle without any application to the court or notice to the debtors or their attorney.</u>

5. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Chrismas Etienne  
Marie N. Etienne  
      Debtors

Case No. 17-13322-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Sep 18, 2018 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
db/jdb     +Chrismas Etienne,   Marie N. Etienne,   12 Brandywine Circle,   Piscataway, NJ 08854-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
      Albert Russo   docs@russotrustee.com
      Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Dorothy L. Wright   on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com, bknoticesdlw@smgpc.com
      Dorothy L. Wright   on behalf of Debtor Chrismas Etienne dorothy.wright@smgpc.com, bknoticesdlw@smgpc.com
      John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Rebecca Ann Solarz   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER rsolarz@kmllawgroup.com
      Stephen M. Goldberg   on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com
      Stephen M. Goldberg   on behalf of Debtor Chrismas Etienne bk2notices@smgpc.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 10