UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ. (SMG0478)
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
stephen.goldberg@smgpc.com
Attorney for Debtors

Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTMAS ETIENNE and
MARIE N. ETIENNE

Case Number: 17-13322

Hearing Date: 11/6/2018

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER REINSTATING
☐ CASE    ☒ AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by __Stephen M. Goldberg, Esq.__, and for good cause shown it is

ORDERED that:

☐ the case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

☒ the automatic stay as to __Nationstar Mortgage LLC__ is reinstated effective the date of this order.

*rev.6/17/16*