UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ. (SMG0478)
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
stephen.goldberg@smgpc.com
Attorney for Debtors

Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHRISTMAS ETIENNE and
MARIE N. ETIENNE

Case Number:     17-13322

Hearing Date:    11/6/2018

Judge:           Michael B. Kaplan

Chapter:         13

Recommended Local Form    ☒ Followed    ☐ Modified

### ORDER REINSTATING
☐ CASE    ☒ AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by __Stephen M. Goldberg, Esq.__, and for good cause shown it is

ORDERED that:

☐ the case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

☒ the automatic stay as to __Nationstar Mortgage LLC__ is reinstated effective the date of this order.

*rev.6/17/16*

3

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-13322-MBK
Chrismas Etienne                                                Chapter 13
Marie N. Etienne
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Nov 14, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db/jdb         +Chrismas Etienne,   Marie N. Etienne,   12 Brandywine Circle,   Piscataway, NJ 08854-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Dorothy L. Wright    on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              Dorothy L. Wright    on behalf of Debtor Chrismas  Etienne dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               rsolarz@kmllawgroup.com
              Stephen M. Goldberg    on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com
              Stephen M. Goldberg    on behalf of Debtor Chrismas  Etienne bk2notices@smgpc.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10