Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−13322−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chrismas Etienne                          Marie N. Etienne
12 Brandywine Circle                      12 Brandywine Circle
Piscataway, NJ 08854                      Piscataway, NJ 08854

Social Security No.:
   xxx−xx−9218                            xxx−xx−4208

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      1/8/19
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Stephen M. Goldberg, Esq.

COMMISSION OR FEES
$1500.00

EXPENSES
−0−

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 20, 2018
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-13322-MBK
Chrismas Etienne                                                    Chapter 13
Marie N. Etienne
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Dec 20, 2018
                              Form ID: 137             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db/jdb         +Chrismas Etienne,    Marie N. Etienne,    12 Brandywine Circle,    Piscataway, NJ 08854-2705
cr             +Nationstar Mortgage LLC,    Attn: Kawana Buggs VP,    8950 Cypress Water Blvd.,
                 Coppell, TX 75019-4620
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516657840       CCI/Contract Callers Inc,    Contract Callers Inc. Cci,    Augusta, GA 30901
516890997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516657842      +Citibank/Goodyear,    Po Box 6497,    Sioux Falls, SD 57117-6497
516657841      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516657850      +Credit First/CFNA,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516657849      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516907503       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516901416       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516657851      +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
516657852      +Experian,    P O Box 2002,    Allen, TX 75013-2002
516657855     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
516657856      +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
516657857      +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516657858      +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516657862     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
516657861      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516909945      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516657865      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516657870      +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
516685122      +US Dept. of HUD,    451 7th St. S.W.,    Washington, DC 20410-0001
516657872      +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
516657871      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516771813       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
516657876      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
516657875      +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 00:01:54      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 00:01:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516657835      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 00:08:40      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
516657834      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 00:07:59      Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
516657837      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 00:07:59      Capital One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
516657836      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 00:07:59      Capital One Na,
                 Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
516680567       E-mail/Text: bankruptcy@flagshipcredit.com Dec 21 2018 00:02:03      CarFinance Capital,
                 P.O. Box 3807,    Coppell, TX 75019-4354
516657838      +E-mail/Text: bankruptcy@flagshipcredit.com Dec 21 2018 00:02:03      Carfinance.com,
                 7525 Irvine Center Dr St,    Irvine, CA 92618-3066
516657843      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 00:01:35
                 Comenity Bank/Arizona Mail Order,    Po Box 182125,    Columbus, OH 43218-2125
516657844      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 00:01:35
                 Comenity Bank/Arizona Mail Order,    Po Box 182789,    Columbus, OH 43218-2789
516657846      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 00:01:36      Comenity Bank/Bedford Fair,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
516657845      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 00:01:36      Comenity Bank/Bedford Fair,
                 Po Box 182125,    Columbus, OH 43218-2125
516657848      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 00:01:36      Comenitycapital/haband,
                 4590 E Broad St,    Columbus, OH 43213-1301
516657847      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 21 2018 00:01:36      Comenitycapital/haband,
                 Po Box 182125,    Columbus, OH 43218-2125
516906214      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2018 00:07:33      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516657853      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 00:02:20      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Dec 20, 2018
                              Form ID: 137             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516657854      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 21 2018 00:02:20      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
516657859      +E-mail/Text: bncnotices@becket-lee.com Dec 21 2018 00:01:13      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516657860      +E-mail/Text: bncnotices@becket-lee.com Dec 21 2018 00:01:13      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516838187      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2018 00:01:52      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516921293       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 00:08:03
                 Portfolio Recovery Associates, LLC,    c/o Bedford Fair Apparel,    POB 41067,
                 Norfolk VA 23541
516920463       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 00:08:43
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516920543       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 00:08:05
                 Portfolio Recovery Associates, LLC,    c/o DIRECT MERCHANTS BANK,    POB 41067,
                 Norfolk VA 23541
516920563       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 00:08:43
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
516921294       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 00:08:03
                 Portfolio Recovery Associates, LLC,    c/o Haband,    POB 41067,    Norfolk VA 23541
516920546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 00:08:03
                 Portfolio Recovery Associates, LLC,    c/o Sears/Orchard Bank,    POB 41067,    Norfolk VA 23541
516657863      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 00:07:31
                 Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
516657864      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 00:08:10
                 Pinnacle Credit Services,    Po Box 10497,    Greenville, SC 29603-0497
516864926       E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2018 00:01:47
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516657866      +E-mail/Text: bankruptcy@savit.com Dec 21 2018 00:02:37      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
516657867      +E-mail/Text: bankruptcy@savit.com Dec 21 2018 00:02:37      Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
516657869       E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 00:07:17      Synchrony Bank/Walmart,
                 Po Box 965024,    El Paso, TX 79998
516657868      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2018 00:08:30      Synchrony Bank/Walmart,
                 Po Box 965064,    Orlando, FL 32896-5064
516657873      +E-mail/Text: collect@williamsalexander.com Dec 21 2018 00:01:32      Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
516657874      +E-mail/Text: collect@williamsalexander.com Dec 21 2018 00:01:32      Waassociates,
                 1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                              TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516664471*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
516657839      ##+CCI/Contract Callers Inc,    Po Box 3000,    Augusta, GA 30914-3000
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 3 of 3           Date Rcvd: Dec 20, 2018
                              Form ID: 137               Total Noticed: 63
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor     NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Dorothy L. Wright    on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              Dorothy L. Wright    on behalf of Debtor Chrismas  Etienne dorothy.wright@smgpc.com,
               bknoticesdlw@smgpc.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
                Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
               rsolarz@kmllawgroup.com
              Stephen M. Goldberg    on behalf of Debtor Chrismas  Etienne bk2notices@smgpc.com
              Stephen M. Goldberg    on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```