UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Charles G. Wohlrab, Esquire
SHAPIRO & DENARDO, LLC
14000 COMMERCE PARKWAY, SUITE B
MOUNT LAUREL, NJ 08054
(856)793-3080
CXE 17-018536
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE
LLC D/B/A MR. COOPER

IN RE:

CHRISMAS ETIENNE AND
MARIE N. ETIENNE, DEBTORS

Order Filed on January 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-13322-MBK

JUDGE: HONORABLE MICHAEL B. KAPLAN

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: January 4, 2019

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

_____ Land and premises commonly known as: **12 Brandywine Circle, Piscataway, New Jersey 08854**

2. The movant may join the Debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Chrismas Etienne  
Marie N. Etienne  
      Debtors

Case No. 17-13322-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 04, 2019  
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.  
db/jdb       +Chrismas Etienne,   Marie N. Etienne,   12 Brandywine Circle,   Piscataway, NJ 08854-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:  
        Albert Russo   docs@russotrustee.com  
        Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage LLC cwohlrab@logs.com,  
         njbankruptcynotifications@logs.com  
        Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Dorothy L. Wright   on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com,  
         bknoticesdlw@smgpc.com  
        Dorothy L. Wright   on behalf of Debtor Chrismas Etienne dorothy.wright@smgpc.com,  
         bknoticesdlw@smgpc.com  
        John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
        Rebecca Ann Solarz   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER   rsolarz@kmllawgroup.com  
        Stephen M. Goldberg   on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com  
        Stephen M. Goldberg   on behalf of Debtor Chrismas Etienne bk2notices@smgpc.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 10