UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Goldberg, PC
917 N. Washington Ave
Green Brook, NJ 08812
732-752-8834
Stephen M. Goldberg, Esq.(SMG 0478)
Attorney for Debtors

Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christmas Etienne and Marie N. Etienne

Case No.: 17-13322

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ _____$1500.00_____ for services rendered and expenses in the amount of $_____--0--_____ for a total of $_____$1500.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*