UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stephen M. Goldberg, PC
917 N. Washington Ave
Green Brook, NJ 08812
732-752-8834
Stephen M. Goldberg, Esq.(SMG 0478)
Attorney for Debtors

Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christmas Etienne and Marie N. Etienne

Case No.: 17-13322

Chapter: 13

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ _____$1500.00_____ for services rendered and expenses in the amount of $_____--0--_____ for a total of $_____$1500.00_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for ____N/A____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Chrismas Etienne  
Marie N. Etienne  
    Debtors

Case No. 17-13322-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 10, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.  
db/jdb         +Chrismas Etienne,    Marie N. Etienne,    12 Brandywine Circle,    Piscataway, NJ 08854-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Dorothy L. Wright    on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com, bknoticesdlw@smgpc.com  
           Dorothy L. Wright    on behalf of Debtor Chrismas  Etienne dorothy.wright@smgpc.com, bknoticesdlw@smgpc.com  
           John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER  rsolarz@kmllawgroup.com  
           Stephen M. Goldberg    on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com  
           Stephen M. Goldberg    on behalf of Debtor Chrismas  Etienne bk2notices@smgpc.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 10