UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : CarFinance Capital, a Flagship Credit Company
Our File No.: 48251
JM-5630

Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Chrismas Etienne
Marie N. Etienne

Case No.: 17-13322

Hearing Date: 4-9-2019

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** April 10, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____CarFinance Capital, a Flagship Credit Company_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏ Real property more fully described as:

☑ Personal property more fully described as:

    2012 Ford Escape
    Vehicle Identification Number
    1FMCU9D79CKB74490

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*