| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Chrismas Etienne<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9218<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Marie N. Etienne<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4208<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/22/17 |
| Case number: | 17–13322–MBK | Date case converted to chapter: | 7    4/11/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Chrismas Etienne | Marie N. Etienne |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 12 Brandywine Circle<br>Piscataway, NJ 08854 | 12 Brandywine Circle<br>Piscataway, NJ 08854 |
| 4. | **Debtor's attorney**<br>Name and address | Stephen M. Goldberg<br>Stephen M. Goldberg, PC<br>917 N. Washington Avenue<br>Green Brook, NJ 08812–2614 | Contact phone (732) 752–8834 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 4/12/19 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 10, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/9/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:  
Chrismas Etienne  
Marie N. Etienne  
    Debtors

Case No. 17-13322-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3    Date Rcvd: Apr 12, 2019  
                     Form ID: 309A    Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.

```
db/jdb         +Chrismas Etienne,    Marie N. Etienne,    12 Brandywine Circle,    Piscataway, NJ 08854-2705
aty            +Dorothy L. Wright,    Stephen M. Goldberg, PC,    917 N. Washington Avenue,
                 Green Brook, NJ 08812-2614
516657840       CCI/Contract Callers Inc,    Contract Callers Inc. Cci,    Augusta, GA 30901
516657841      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516907503       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516901416       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516657851      +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
516657852      +Experian,    P O Box 2002,    Allen, TX 75013-2002
516657862     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
516657861      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516909945      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516657865      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516657870      +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
516685122      +US Dept. of HUD,    451 7th St. S.W.,    Washington, DC 20410-0001
516657872      +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
516657871      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: bk2notices@smgpc.com Apr 13 2019 00:56:52     Stephen M. Goldberg,
                 Stephen M. Goldberg, PC,    917 N. Washington Avenue,    Green Brook, NJ 08812-2614
tr             +EDI: BADOBIN.COM Apr 13 2019 04:23:00      Andrea Dobin,    McManimon, Scotland & Baumann, LLC,
                 427 Riverview Plaza,    Trenton, NJ 08611-3420
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2019 00:58:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2019 00:58:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516657835      +EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
516657834      +EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516657837      +EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One Na,    Po Box 26625,
                 Richmond, VA 23261-6625
516657836      +EDI: CAPITALONE.COM Apr 13 2019 04:23:00      Capital One Na,    Attn: Bankruptcy Dept,
                 Po Box 30258,    Salt Lake City, UT 84130-0258
516890997       EDI: BL-BECKET.COM Apr 13 2019 04:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516680567      +E-mail/Text: bankruptcy@flagshipcredit.com Apr 13 2019 00:58:22     CarFinance Capital,
                 P.O. Box 3807,    Coppell, TX 75019-5877
516657838      +E-mail/Text: bankruptcy@flagshipcredit.com Apr 13 2019 00:58:22     Carfinance.com,
                 7525 Irvine Center Dr St,    Irvine, CA 92618-3066
516657842      +EDI: CITICORP.COM Apr 13 2019 04:23:00      Citibank/Goodyear,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
516657843      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenity Bank/Arizona Mail Order,    Po Box 182125,
                 Columbus, OH 43218-2125
516657844      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenity Bank/Arizona Mail Order,    Po Box 182789,
                 Columbus, OH 43218-2789
516657846      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenity Bank/Bedford Fair,    995 W 122nd Ave,
                 Westminster, CO 80234-3417
516657845      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenity Bank/Bedford Fair,    Po Box 182125,
                 Columbus, OH 43218-2125
516657848      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenitycapital/haband,    4590 E Broad St,
                 Columbus, OH 43213-1301
516657847      +EDI: WFNNB.COM Apr 13 2019 04:23:00      Comenitycapital/haband,    Po Box 182125,
                 Columbus, OH 43218-2125
516657850      +EDI: CRFRSTNA.COM Apr 13 2019 04:23:00      Credit First/CFNA,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
516657849      +EDI: CRFRSTNA.COM Apr 13 2019 04:23:00      Credit First/CFNA,    Bk13 Credit Operations,
                 Po Box 818011,    Cleveland, OH 44181-8011
516906214      +EDI: AIS.COM Apr 13 2019 04:23:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516657855       EDI: FORD.COM Apr 13 2019 04:23:00      Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962
516664471       EDI: FORD.COM Apr 13 2019 04:23:00      Ford Motor Credit Company, LLC,    Dept. 55953,
                 P.O. Box 55000,    Detroit, MI 48255-0953
516657853      +EDI: BLUESTEM Apr 13 2019 04:23:00      Fingerhut,    6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
```

```
District/off: 0312-3          User: admin                 Page 2 of 3                  Date Rcvd: Apr 12, 2019
                              Form ID: 309A               Total Noticed: 65


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516657854         +EDI: BLUESTEM Apr 13 2019 04:23:00      Fingerhut,    6250 Ridgewood Road,
                   Saint Cloud, MN 56303-0820
516657856         +EDI: FORD.COM Apr 13 2019 04:23:00      Ford Motor Credit,    Po Box Box 542000,
                   Omaha, NE 68154-8000
516657858         +EDI: IIC9.COM Apr 13 2019 04:23:00      IC Systems, Inc,    Po Box 64378,
                   Saint Paul, MN 55164-0378
516657857         +EDI: IIC9.COM Apr 13 2019 04:23:00      IC Systems, Inc,    444 Highway 96 East,
                   St Paul, MN 55127-2557
516657859         +EDI: CBSKOHLS.COM Apr 13 2019 04:23:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                   Milwaukee, WI 53201-3043
516657859         +E-mail/Text: bncnotices@becket-lee.com Apr 13 2019 00:57:25       Kohls/Capital One,
                   Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516657860         +EDI: CBSKOHLS.COM Apr 13 2019 04:23:00      Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
                   Menomonee Falls, WI 53051-5660
516657860         +E-mail/Text: bncnotices@becket-lee.com Apr 13 2019 00:57:25       Kohls/Capital One,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516838187         +EDI: MID8.COM Apr 13 2019 04:23:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                   WARREN, MI 48090-2011
516921293          EDI: PRA.COM Apr 13 2019 04:23:00      Portfolio Recovery Associates, LLC,
                   c/o Bedford Fair Apparel,    POB 41067,    Norfolk VA 23541
516920463          EDI: PRA.COM Apr 13 2019 04:23:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516920543          EDI: PRA.COM Apr 13 2019 04:23:00      Portfolio Recovery Associates, LLC,
                   c/o DIRECT MERCHANTS BANK,    POB 41067,    Norfolk VA 23541
516920563          EDI: PRA.COM Apr 13 2019 04:23:00      Portfolio Recovery Associates, LLC,    c/o Goodyear,
                   POB 41067,    Norfolk VA 23541
516921294          EDI: PRA.COM Apr 13 2019 04:23:00      Portfolio Recovery Associates, LLC,    c/o Haband,
                   POB 41067,    Norfolk VA 23541
516920546          EDI: PRA.COM Apr 13 2019 04:23:00      Portfolio Recovery Associates, LLC,
                   c/o Sears/Orchard Bank,    POB 41067,    Norfolk VA 23541
516657863         +EDI: RESURGENT.COM Apr 13 2019 04:23:00      Pinnacle Credit Services,    Po Box 640,
                   Hopkins, MN 55343-0640
516657864         +EDI: RESURGENT.COM Apr 13 2019 04:23:00      Pinnacle Credit Services,    Po Box 10497,
                   Greenville, SC 29603-0497
516864926          EDI: Q3G.COM Apr 13 2019 04:23:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
516657866         +E-mail/Text: bankruptcy@savit.com Apr 13 2019 00:59:06       Savit Coll,    Po Box 250,
                   East Brunswick, NJ 08816-0250
516657867         +E-mail/Text: bankruptcy@savit.com Apr 13 2019 00:59:05       Savit Coll,    46 W Ferris St,
                   East Brunswick, NJ 08816-2159
516657869          EDI: RMSC.COM Apr 13 2019 04:23:00      Synchrony Bank/Walmart,    Po Box 965024,
                   El Paso, TX 79998
516657868         +EDI: RMSC.COM Apr 13 2019 04:23:00      Synchrony Bank/Walmart,    Po Box 965064,
                   Orlando, FL 32896-5064
516657873         +E-mail/Text: collect@williamsalexander.com Apr 13 2019 00:57:44        Waassociates,   Po Box 2148,
                   Wayne, NJ 07474-2148
516657874         +E-mail/Text: collect@williamsalexander.com Apr 13 2019 00:57:44        Waassociates,
                   1479 Route 23 South,    Wayne, NJ 07470-7507
516771813          EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                   PO Box 19657,    Irvine, CA 92623-9657
516657875         +EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Dealer Services,    Po Box 3569,
                   Rancho Cucamonga, CA 91729-3569
516657876         +EDI: WFFC.COM Apr 13 2019 04:23:00      Wells Fargo Dealer Services,    Po Box 1697,
                   Winterville, NC 28590-1697
                                                                                               TOTAL: 51

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516657839       ##+CCI/Contract Callers Inc,   Po Box 3000,   Augusta, GA 30914-3000
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Apr 12, 2019
                              Form ID: 309A            Total Noticed: 65

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```