UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Etienne, Chrismas and Marie N.

Case No.: 17-13322-MBK
Chapter: 7
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 1, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
12 Brandywine Circle
Piscataway, NJ

Valued at $310,000.00

Liens on property:

Mr. Cooper
$326,358.00

Amount of equity claimed as exempt:
$22,212.00

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Trustee

Address: McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13322-MBK
Chrismas Etienne                                                          Chapter 7
Marie N. Etienne
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3            Date Rcvd: Jun 28, 2019
                             Form ID: pdf905          Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
```
db/jdb         +Chrismas Etienne,    Marie N. Etienne,    12 Brandywine Circle,    Piscataway, NJ 08854-2705
cr             +CarFinance Capital LLC,    c/o Mortion & Craig, LLC,    110 Marter Ave., Suite 301,
                 Moorestown,, NJ 08057-3124
cr             +Nationstar Mortgage LLC,    Attn: Kawana Buggs VP,    8950 Cypress Water Blvd.,
                 Coppell, TX 75019-4620
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
516657840       CCI/Contract Callers Inc,    Contract Callers Inc. Cci,    Augusta, GA 30901
516890997       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516657841      +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516657842      +Citibank/Goodyear,    Po Box 6497,    Sioux Falls, SD 57117-6497
516657850      +Credit First/CFNA,    6275 Eastland Rd,    Brookpark, OH 44142-1399
516657849      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516907503       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516901416       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516657851      +Equifax Credit Information Services,    P O Box 740241,    Atlanta, GA 30374-0241
516657852      +Experian,   P O Box 2002,    Allen, TX 75013-2002
516657855     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,    National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
516657856      +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
516657857      +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
516657858      +IC Systems, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516657862     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Dr,    Lewisville, TX 75067)
516657861      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516909945      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516657865      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516657870      +TransUnion,    P O Box 2000,    Chester, PA 19016-2000
516685122      +US Dept. of HUD,    451 7th St. S.W.,    Washington, DC 20410-0001
516657872      +Visa Dept Store National Bank,    9111 Duke Blvd,    Mason, OH 45040-8999
516657871      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516771813       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
516657876      +Wells Fargo Dealer Services,    Po Box 1697,    Winterville, NC 28590-1697
516657875      +Wells Fargo Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516657839      +E-mail/Text: compliance@contractcallers.com Jun 29 2019 01:26:25     CCI/Contract Callers Inc,
                 501 Greene Street, 3rd floor,    Suite 302,    Augusta, GA 30901-4415
516657835      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 01:30:35     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
516657834      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 01:28:54     Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
516657837      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 01:28:54     Capital One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
516657836      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2019 01:28:54     Capital One Na,
                 Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
516680567      +E-mail/Text: bankruptcy@flagshipcredit.com Jun 29 2019 01:25:32     CarFinance Capital,
                 P.O. Box 3807,    Coppell, TX 75019-5877
516657838      +E-mail/Text: bankruptcy@flagshipcredit.com Jun 29 2019 01:25:32     Carfinance.com,
                 7525 Irvine Center Dr St,    Irvine, CA 92618-3066
516657843      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 01:24:52
                 Comenity Bank/Arizona Mail Order,    Po Box 182125,    Columbus, OH 43218-2125
516657844      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 01:24:52
                 Comenity Bank/Arizona Mail Order,    Po Box 182789,    Columbus, OH 43218-2789
516657846      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 01:24:52     Comenity Bank/Bedford Fair,
                 995 W 122nd Ave,    Westminster, CO 80234-3417
516657845      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 01:24:52     Comenity Bank/Bedford Fair,
                 Po Box 182125,    Columbus, OH 43218-2125
516657848      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 01:24:53     Comenitycapital/haband,
                 4590 E Broad St,    Columbus, OH 43213-1301
516657847      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 29 2019 01:24:53     Comenitycapital/haband,
                 Po Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin                Page 2 of 3                  Date Rcvd: Jun 28, 2019
                              Form ID: pdf905            Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516906214      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 29 2019 01:29:06     Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516657853      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 29 2019 01:25:59     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
516657854      +E-mail/Text: bnc-bluestem@quantum3group.com Jun 29 2019 01:25:59     Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
516657859      +E-mail/Text: bncnotices@becket-lee.com Jun 29 2019 01:24:10     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516657860      +E-mail/Text: bncnotices@becket-lee.com Jun 29 2019 01:24:11     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516838187      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 29 2019 01:25:10     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516921293       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 01:46:39
                 Portfolio Recovery Associates, LLC,    c/o Bedford Fair Apparel,    POB 41067,
                 Norfolk VA 23541
516920463       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 01:29:46
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516920543       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 01:46:39
                 Portfolio Recovery Associates, LLC,    c/o DIRECT MERCHANTS BANK,    POB 41067,
                 Norfolk VA 23541
516920563       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 01:29:00
                 Portfolio Recovery Associates, LLC,    c/o Goodyear,    POB 41067,    Norfolk VA 23541
516921294       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 01:28:59
                 Portfolio Recovery Associates, LLC,    c/o Haband,    POB 41067,    Norfolk VA 23541
516920546       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 01:30:39
                 Portfolio Recovery Associates, LLC,    c/o Sears/Orchard Bank,    POB 41067,    Norfolk VA 23541
516657863      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2019 01:29:05
                 Pinnacle Credit Services,    Po Box 640,    Hopkins, MN 55343-0640
516657864      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2019 01:29:51
                 Pinnacle Credit Services,    Po Box 10497,    Greenville, SC 29603-0497
516864926       E-mail/Text: bnc-quantum@quantum3group.com Jun 29 2019 01:25:05
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
516657866      +E-mail/Text: bankruptcy@savit.com Jun 29 2019 01:26:16     Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
516657867      +E-mail/Text: bankruptcy@savit.com Jun 29 2019 01:26:15     Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
516657869       E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 01:30:26     Synchrony Bank/Walmart,
                 Po Box 965024,    El Paso, TX 79998
516657868      +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2019 01:28:44     Synchrony Bank/Walmart,
                 Po Box 965064,    Orlando, FL 32896-5064
516657873      +E-mail/Text: collect@williamsalexander.com Jun 29 2019 01:24:43     Waassociates,    Po Box 2148,
                 Wayne, NJ 07474-2148
516657874      +E-mail/Text: collect@williamsalexander.com Jun 29 2019 01:24:43     Waassociates,
                 1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                               TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516664471*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-3                  User: admin                    Page 3 of 3                  Date Rcvd: Jun 28, 2019
                                      Form ID: pdf905                Total Noticed: 65
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
          Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Dorothy L. Wright    on behalf of Joint Debtor Marie N. Etienne dorothy.wright@smgpc.com,
           bknoticesdlw@smgpc.com
          Dorothy L. Wright    on behalf of Debtor Chrismas  Etienne dorothy.wright@smgpc.com,
           bknoticesdlw@smgpc.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    CarFinance Capital LLC ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER
           rsolarz@kmllawgroup.com
          Stephen M. Goldberg    on behalf of Debtor Chrismas  Etienne bk2notices@smgpc.com,
           bk2notices@gmail.com
          Stephen M. Goldberg    on behalf of Joint Debtor Marie N. Etienne bk2notices@smgpc.com,
           bk2notices@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```