Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–13322–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chrismas Etienne | Marie N. Etienne |
| 12 Brandywine Circle | 12 Brandywine Circle |
| Piscataway, NJ 08854 | Piscataway, NJ 08854 |

Social Security No.:
 xxx–xx–9218                                          xxx–xx–4208

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 31, 2019</u>                <u>Kathryn C. Ferguson</u>
                                            Judge, United States Bankruptcy Court